UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH SPENCER NIMHAM EL DEY,

               Plaintiffs,

    -against-

DOC, et al.,

               Defendants.

22-CV-4027 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued July 14, 2022, dismissing this action,

    IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* statute while he is a prisoner unless he is under imminent danger of serious physical injury. *See id.*

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 14, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge